ELLIOTT *v.* WARDEN OF MARYLAND PENI-
TENTIARY

[App. No. 11, September Term, 1961 (Adv.).]

*Decided June 23, 1961.*

Before BRUNE, C. J., and HAMMOND, PRESCOTT, HORNEY
and MARBURY, JJ.

PER CURIAM.

For the reasons stated by Judge Allen for dismissing the
petition, the application for leave to appeal is denied.

*Application denied.*